*E-FILED - 1/5/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**PELISI FOKETI FONUA,**

Petitioner,

v.

**R. E. BARNES, Warden,**

Respondent.

Case No. C 09-3126 RMW (PR)

**[] ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR FIRST ENLARGEMENT OF TIME TO FILE ANSWER TO ORDER TO SHOW CAUSE**

For good cause shown, the time for the serving and filing of respondent's responsive pleading in this case is extended to and including January 6, 2010. Petitioner shall file with the Court and serve on respondent an opposition or statement of non-opposition within 30 days of the date the pleading is filed.

Dated: 1/5/10

*Ronald M. Whyte*

THE HON. RONALD M. WHYTE
United States District Judge

1

] ORDER GRANTING EX PARTE APP FOR 1ST ENLARGE OF TIME(C 09-3126 RMW (PR))