***E-FILED - 11/30/10***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PELISI FOKETI FONUA, | ) | No. C 09-3126 RMW(PR) |
| Petitioner, | ) ) | ORDER GRANTING MOTIONS FOR EXTENSION OF TIME |
| v. | ) ) | |
| R. E. BARNES, Warden, | ) ) | |
| Respondent. | ) ) | (Docket Nos. 15, 16, 17, 19 and 20) |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the court are respondent's motions for extension of time to file his supplemental answer and petitioner's motion for an extension of time to file his traverse.

On May 21, 2010, June 17, 2010 and July 13, 2010, respondent filed motions for an extension of time to file his supplemental answer. (Docket nos. 15, 16 and 17.) On August 18, 2010, respondent filed his supplemental answer. Respondent's motions for an extension of time to file his supplemental answer are GRANTED and the court finds the supplemental answer is deemed timely filed.

Petitioner's extension of time to file his traverse is GRANTED. Petitioner shall file his traverse no later than **thirty (30) days** from the date this order is filed.

///

///

Order Granting Motions for Extension of Time
P:\PRO-SE\SJ.Rmw\HC.09\Fonua126EOT.wpd

1    This order terminates docket nos. 15, 16, 17, 19 and 20.

2    IT IS SO ORDERED.

3    DATED: 11/30/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge