***E-FILED - 7/29/11***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PELISI FOKETI FONUA, | ) | No. C 09-3126 RMW(PR) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| R. E. BARNES, Warden, | ) ) | |
| Respondent. | ) ) | |

The court has denied the instant petition for writ of habeas corpus on the merits. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/28/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.09\Fonua126jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PELISI F. FONUA,

        Plaintiff,

  v.

R.E. BARNES et al,

        Defendant.

Case Number: CV09-03126 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pelisi Foketi Fonua F-30908
Correctional Training Facility
CW-103L
Post Office Box 689
Soledad, CA 93960

Dated: July 29, 2011

                                            Richard W. Wieking, Clerk
                                            By: Jackie Lynn Garcia, Deputy Clerk